Janice E. Smith (SBN 3816)
**PRICE LAW GROUP, APC**
420 S. Jones Blvd.
Las Vegas, NV 89107
Tel: 702-794-2008
Fax: 702-794-2009
jan@pricelawgroup.com
**Attorneys for Plaintiff**
**BART MARTINEZ**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA—NORTHERN DIVISION

| | |
|---|---|
| BART MARTINEZ | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:13-cv-00518-LRH-WGC |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL

Plaintiff, Bart Martinez ("Plaintiff"), through his attorneys, Price Law Group, APC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC Services, LP.

RESPECTFULLY SUBMITTED,

DATED: November 6, 2013    **PRICE LAW GROUP APC**

By: /s/ Janice Smith
Janice E. Smith
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

On November 6, 2013, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, Carlos Ortiz, at cortiz@hinshawlaw.com

By: /s/ *Janice Smith*
Janice E. Smith
Attorney for Plaintiff

2